UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE BATTAGLIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NEW YORK CITY TRANSIT AUTHORITY and METROPOLITAN TRANSPORATION AUTHORITY,<br><br>　　　　　　　　　　Defendants. | 23-CV-3446 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

Pending before the Court is Plaintiff's unopposed motion to compel nonparty Transport Workers Union of America, Local 100 ("TWU") to comply with its subpoena. TWU shall respond to Plaintiff's motion, or otherwise respond to the subpoena, by **no later than two weeks** after Plaintiff effects service of this Order. If TWU fails to do so, Plaintiff's motion to compel will be granted.

Plaintiff shall personally serve this Order on TWU and promptly file proof of service on the docket.

Dated: February 14, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge