UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE BATTAGLIA,<br><br>                              Plaintiff,<br><br>-against-<br><br>NEW YORK CITY TRANSIT AUTHORITY and METROPOLITAN TRANSPORATION AUTHORITY,<br><br>                              Defendants. | 23-CV-3446 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Pending before the Court is Plaintiff's unopposed motion to compel nonparty NYC Employees' Retirement System ("NYCERS") to comply with its subpoena. NYCERS shall respond to Plaintiff's motion, or otherwise respond to the subpoena, by **no later than two weeks** after Plaintiff effects service of this Order. If NYCERS fails to do so, Plaintiff's motion to compel will be granted.

Plaintiff shall personally serve this Order on NYCERS and promptly file proof of service on the docket.

Dated: February 21, 2024
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge