UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SALVATORE BATTAGLIA,

               Plaintiff,

               -against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

               Defendants.
-----------------------------------------------------------x

23-CV-3446 (JGLC) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 57.

Plaintiff's request to reschedule the January 22, 2025, pre-settlement conference call is **GRANTED**. The January 22 call is hereby **RESCHEDULED** to **Thursday, January 16, 2025, at 3:00 p.m.** Please call chambers at 212-805-0260 when all counsel are on the line.

The Clerk of Court is respectfully directed to close ECF 57.

       **SO ORDERED.**

                                                                              *s/ Ona T. Wang*

Dated: January 7, 2025                                     **Ona T. Wang**
       New York, New York                    United States Magistrate Judge